FIFTEEN CLARK STREET CORPORATION, Appellant, v. RALPH SADLIER COONEY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

PAOLO GIARAMITA, Appellant, v. ALEXANDER GOLDRING and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

ISIDORE GROSSMAN, Appellant, v. ANNA LACHOW and Others, Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

BENJAMIN C. HARVEY, Appellant, v. BATTISTA COMBY and Others, Respondents, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

HAVILAND BUILDING CORPORATION, Respondent, v. JOSEPH SCADRON and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

ANNA HENNIGAN, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

FRANCES HERRON, Appellant, v. COLUMBUS TRUST COMPANY, Respondent.— This motion is, in effect, one to amend the decision heretofore made. The motion is granted. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ. The decision of this court handed down on July 12, 1935 [ante, p. 844], is hereby amended to read as follows: In an action to recover damages for breach of an alleged oral agreement to purchase the plaintiff's premises at a mortgage foreclosure sale and to reconvey said premises to the plaintiff upon certain conditions, order setting aside special verdict and general verdict in favor of the plaintiff, directing judgment in favor of the defendant and dismissing the complaint on the merits, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

BEULAH HICKMAN, Respondent, v. EDWARD KENNEDY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

INDEPENDENT SAND AND GRAVEL CORPORATION, Respondent, v. JOHN L. WALSH CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.